604 A.2d 931

Raymond ZAWODNY, Sr.

v.

STATE of Maryland.

No. 14, Sept. Term, 1992.

Court of Appeals of Maryland.

April 15, 1992.

Jack B. Rubin, Jack B. Rubin, P.A., Baltimore, for petitioner.

Sarah E. Page, Asst. Atty. Gen., J. Joseph Curran, Jr., Atty. Gen., Baltimore, for respondent.

Submitted to: MURPHY, C.J., and ELDRIDGE, RODOWSKY, McAULIFFE, CHASANOW, KARWACKI and ROBERT M. BELL, JJ.

## ORDER

The Court having considered and granted the petition for a writ of certiorari in the above entitled case, it is this 15th day of April, 1992.

ORDERED, by the Court of Appeals of Maryland, that the case be, and it is hereby, remanded to the Circuit Court for Baltimore City without affirmance or reversal for a hearing on appellant's motion for new trial. Costs to be paid by the Mayor and City Council of Baltimore.